694

196 So. 907

Cornes VINZANT v. STATE.

8 Div. 8.

Court of Appeals of Alabama.

June 18, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

'BRICKEN, Presiding Judge.
Affirmed.

194 So. 892

Mrs. Frank (alias Rose) VOSIER v. STATE.

8 Div. 908.

Court of Appeals of Alabama.

Feb. 13, 1940.

Raymond Murphy, of Florence, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

196 So. 907

Lamont WALDROP v. STATE.

1 Div. 369.

Court of Appeals of Alabama.

May 21, 1940.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

190 So. 926

Charlie WALKER v. STATE.

6 Div. 459.

Court of Appeals of Alabama.

June 13, 1939.

Roger Snyder and Jas. W. Conrad, Jr., both of Birmingham, for appellant.

Thos. S. Lawson, Atty. Gen., and Wm. N. McQueen, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

198 So. 881

Hoyt WALKER v. STATE.

7 Div. 549.

Court of Appeals of Alabama.

Nov. 6, 1940.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

193 So. 894

Tom WALKER v. STATE.

4 Div. 567.

Court of Appeals of Alabama.

Jan. 9, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.